NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

22-216 consolidated with 22-215

STATE OF LOUISIANA
IN THE INTEREST OF
M.J.D., III; T.C.-M.D.; AND K.R.D.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NUMBER  32457
HONORABLE W. MITCHELL REDD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

SHARON DARVILLE WILSON
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, D. Kent Savoie, and Sharon Darville Wilson, Judges.

AFFIRMED.

**Jane Hogan**
**Hogan Attorneys**
**310 North Cherry Street**
**Hammond, LA  70401**
**(985) 542-7730**
**Counsel for Appellant:**
        **M.J.D., Jr.**

**Amy McGray**
**Children Advocacy Program**
**1 Lakeshore Drive, Suite 1001**
**Lake Charles, LA  70629**
**(337) 491-2461**
**Counsel for M.J.D., III; T.C.-M.D.; and K.R.D.**

**Edward "Ted" Nichols**
**827 Pujo Street**
**Lake Charles, LA  70601**
**(337) 439-8587**
**Counsel for Appellee:**
        **M.J.D., Jr.**

**Nick Pizzolato, Jr.**
**1919 Kirkman Street**
**Lake Charles, LA  70601**
**(337) 491-2066**
**Counsel for Appellee:**
        **State of Louisiana, Department of Children and Family Services**

**Annette Roach**
**Roach & Roach, APLC**
**4315 Lake Street, Suite 4**
**Lake Charles, LA  70605**
**(337) 436-2900**
**Counsel for Appellant:**
        **A.H.D.**

**J. Wade Smith**
**724 Clarence Street**
**Lake Charles, LA  70601**
**(337) 436-8424**
**Counsel for Appellant:**
        **A.H.D.**

**Mike Stratton**
**1032 Ryan Street**
**Lake Charles, LA  70601**
**(337) 263-8351**
**Counsel for Foster Parents**

**WILSON, Judge.**

In this consolidated appeal, A.H.D., the biological mother of M.J.D., III; T.C.-M.D.; and K.R.D., appeals the termination of her parental rights as to all three children. She also appeals the trial court's certification of the three children for adoption. M.J.D., Jr., who is the biological father of M.J.D., III, and T.C.-M.D. and the legal father or K.R.D., also appeals the termination of his parental rights as to all three children and the trial court's certification of the three children for adoption. For the reasons expressed in *State in the Interest of M.J.D., III; T.C.-M.D.; and K.R.D.*, 22-215 (La.App. 3 Cir. ___/___/___), ___ So.3d ___, we affirm the trial court's rulings.

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Courts of Appeal.